Order entered October 31, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00599-CV

ROLAND VON KURNATOWSKI, ET AL., Appellants

V.

CITY OF COMMERCE, TEXAS, ET AL., Appellees

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 76,781**

## ORDER

The Court has before it appellees' October 24, 2012 unopposed second motion to extend time to file their briefs. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by November 30, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE